HOUSING, INC.; MERHA, LTD.; CARL W. JOHNSON; AND JACKIE JOHNSON, PLAINTIFFS v. H. MICHAEL WEAVER; W. H. WEAVER CONSTRUCTION COMPANY; ALVIN R. BUTLER, TRUSTEE, DEFENDANTS AND LANDIN, LTD., ADDITIONAL DEFENDANT

No. 105

(Filed 5 February 1979)

APPEAL by defendants under G.S. 7A-30(2) from the decision of the Court of Appeals, 37 N.C. App. 284, 246 S.E. 2d 219 (1978), reversing the judgment of *Collier, J.,* at the 25 April 1977 Session of GUILFORD Superior Court granting summary judgment in favor of defendants, *Judge Robert M. Martin* noting a dissent.

*Smith, Moore, Smith, Schell & Hunter, by Jack W. Floyd and Frank J. Sizemore III, for plaintiff-appellees.*

*Brooks, Pierce, McLendon, Humphrey & Leonard, by James T. Williams, Jr., and Edward Winslow III, for defendant-appellants.*

PER CURIAM.

We have carefully reviewed the Court of Appeals opinion by Morris, Judge (now Chief Judge), and the briefs and authorities

on the points in question. Judge Martin's notation of dissent, which authorized defendant to appeal to the Supreme Court as a matter of right, states no reason for his disagreement with the decision or opinion of the Court of Appeals. We conclude that the result reached by the Court of Appeals, its reasoning, and the legal principles enunciated by it are correct. Its decision is, therefore,

Affirmed.

Justice BROCK did not participate in the consideration or decision in this case.